IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-10630-CC

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHALMER DETLING, II,
a.k.a. Chuck Detling,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

BY THE COURT:

Appellant's motion to submit on briefs without oral argument is DENIED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION